# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-360-277**
**Effective Date of Registration:**
July 06, 2023
**Registration Decision Date:**
August 29, 2023

---

## Title

  **Title of Work:** Lickin' Layers

## Completion/Publication

  **Year of Completion:** 2022
 **Date of 1st Publication:** July 07, 2022
 **Nation of 1st Publication:** United States

## Author

-    **Author:** The Kyjen Company, LLC
  **Author Created:** sculpture
 **Work made for hire:** Yes
   **Citizen of:** United States

## Copyright Claimant

 **Copyright Claimant:** The Kyjen Company, LLC
   7337 S Revere Parkway, Centennial, CO, 80112, United States

## Rights and Permissions

 **Organization Name:** Patent Partners, LLC
   **Name:** Diane van Os
   **Email:** diane@patentpartnersllc.com
  **Telephone:** (303)885-9906
   **Address:** 8016 S Deer Creek Canyon Rd
    Morrison, CO 80465

## Certification

**Registration #:** VA0002254834
**Service Request #:** 1-10457365181

Diane van Os
8016 S Deer Creek Canyon Rd
Morrison, CO 80465